In the Matter of EDWARD MANHEIM, Appellant, against VINCENT R. IMPELLITTERI et al., as Trustees of the New York City Employees' Retirement System, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.